**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**


**PAUL and ESSIE IVEY, TONY KEYS
and STEPHANIE JOHNSON, BARBARA SEALS
WILLIE K. MARTIN, TAKEESHA McCASKILL,
and ANGELICA ROSS**                                                    **PLAINTIFFS**


**VERSUS**                                          **CIVIL ACTION NO. 4:05CV171-P-D**


**COLDWELL BANKER REAL
ESTATE CORPORATION, COLWELL
BANKER FIRST GREENWOOD-LEFLORE
REALTY, INC., LEFLORE PROPERTIES, INC.,
JIM PRUETT, LINDA PRUETT, BANK OF
COMMERCE, STATE BANK & TRUST
COMPANY, and WMC MORTGAGE CORPORATION**                    **DEFENDANTS**


<u>**ORDER**</u>

This cause is before the Court on the plaintiffs' Motion to Stay [65-1].  The Court, having

reviewed the motion, the response, the authorities cited and being otherwise fully advised in the

premises, finds as follows, to-wit:

That the motion is not well-taken and should be denied for the reasons articulated in the

defendant's opposition to the instant motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiffs' Motion to Stay

[65-1] is not well-taken and should be, and hereby is, DENIED.

SO ORDERED, this the 13th day of July, 2006.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE